UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARK DAVID ARCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:19-cv-00927-KOB-SGC |
| ) | |
| KARLA JONES, Warden,[1] ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

The plaintiff, Mark David Archer, initiated this matter by filing a *pro se* complaint. (Doc. 1). The magistrate judge entered a report on February 11, 2020, recommending (1) the plaintiff's claim under the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc, *et seq.* ("RLUIPA"), be dismissed as moot; (2) the plaintiff's claim under the First Amendment Free Exercise Clause be dismissed without prejudice; and (3) the defendant's motion for summary judgment be granted as to the plaintiff's claim under the First Amendment Retaliation Clause. (Doc. 16). Although the report and recommendation advised the plaintiff of his right to file objections, the plaintiff has not objected or otherwise responded. (*Id.* at 12-13). The deadline to file objections has expired. (*Id.*).

---

[1] As noted by the magistrate judge, the defendant spells her name "Karla Jones," not "Carla," as identified by the plaintiff. (Doc. 13-2).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report, and **ACCEPTS** the recommendations. Accordingly, all claims presented in this matter are due to be dismissed. Specifically (1) the RLUIPA claim is due to be dismissed as moot; (2) the First Amendment Retaliation claim is due to be dismissed without prejudice; and (3) the defendant is entitled to judgment as a matter of law as to the plaintiff's First Amendment Free Exercise claim.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 12th day of March, 2020.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE